# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUE HARMONY etc. et al. | ) |
| | ) |
| Plaintiffs, | ) Case No.: 20-cv-00170 JAK-ADSx |
| | ) |
| vs | ) **JUDGMENT** |
| | ) |
| THE DEPARTMENT OF JUSTICE OF | ) |
| THE STATE OF CALIFORNIA etc. et al. | ) |
| | ) |
| Defendants. | ) |

Plaintiffs' Second Amended Complaint and the entire action are **DISMISSED WITH PREJUDICE**.

Dated: May 11, 2021

_____
John A. Kronstadt
United States District Judge